UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCLOUGHLIN et al., | Case No. 5:14-cv-02604-PSG |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket No. 20)** |
| CONTINENTAL CASUALTY COMPANY, | |
| Defendant. | |

Based on the parties' Joint Case Management Statement[1] and the discussions held at the case management conference,[2]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is December 30, 2014.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

---

[1] *See* Docket No. 20.

[2] *See* Docket No. 23.

1

Case No. 5:14-cv-02604-PSG
CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

Fact discovery cut-off……………………………………………………...……April 30, 2015

Opening expert reports……………………………………………………...…….May 30, 2015

Rebuttal expert reports…………………………………………………….………July 15, 2015

Expert discovery cut-off…………………………………………………….August 31, 2015

Mediation……………………………………………………………..………January 30, 2015

Last day to file dispositive motions..…………………………………..……May 30, 2015

Last day to hear motions...……………………………………………….…June 30, 2015

Pre-trial conference………………………………………………………October 15, 2015

Trial…………………………………………………………………………...January 25, 2016

**SO ORDERED.**

Dated: October 29, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:14-cv-02604-PSG
CASE MANAGEMENT ORDER